**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 98.47.73.19,

Defendant.

Case Number: 3:26-cv-06642-CRB

Honorable Charles R. Breyer

**~~[PROPOSED]~~ ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE**

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for October 9, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until November 27, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for October 9, 2026 is continued to January 8, 2027. A

**DONE AND ORDERED**.

Dated: September 30, 2026

By: ______________________

**United States District Judge**
Hon. Charles R. Breyer